# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: | Case No. **16-03305-RM3-13** |
| **BRITTANY YVONNE TYUS** | Judge: **RANDAL S MASHBURN** |
| | HEARING DATE ON OBJECTIONS AND RELATED MOTIONS: **July 13, 2016** |
| | TIME OF HEARING: **8:30 AM** |

**SSN XXX-XX-7860**

## TRUSTEE'S MOTION AND REQUEST FOR A HEARING ON CONFIRMATION AND REQUEST FOR DISMISSAL

**HEARINGS TO BE HELD AT CUSTOMS HOUSE, COURTROOM 1, 701 BROADWAY, 2ND FL, NASHVILLE, TN, 37203**

The Standing Trustee for Chapter 13 matters in the Middle District of Tennessee, hereby requests this Court set the above styled matter for a confirmation hearing, and for cause therefore would state:

**The plan is not filed and/or the plan is not proposed in good faith.**

**A creditor in attendance at the meeting of creditors objected to confirmation.**

As grounds for such request, the Trustee would state:

**Insolve Auto Funding objects. ADI - tax refund.**

Should this Court deny confirmation, the Trustee requests this Court dismiss this case.

Respectfully Submitted,

Printed: **06/23/2016**

/s/ Henry E. Hildebrand, III
HENRY E. HILDEBRAND, III
CHAPTER 13 TRUSTEE
P O BOX 340019
NASHVILLE, TN 37203
615-244-1101
pleadings@ch13nsh.com

cc: Debtor(s)
    Debtor(s) Attorney
    Objecting Creditor