IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE: )
)
BRITTANY YVONNE TYUS, ) Bk. No. **16-03305-RM3-13**
3225 Creekwood Drive, Apt. 1105 ) Chapter 13
Nashville, TN 37207 ) Judge Randal S. Mashburn
SSN: XXX-XX-7860 )
          Debtor(s). )

## ORDER DENYING CONFIRMATION AND DISMISSING CASE

This matter came to be heard on July 27, 2016, continued from July 13, 2016, upon the issue of confirmation of the debtor's proposed Chapter 13 plan, the objection to confirmation raised by the Trustee, the objection to confirmation raised by Insolve Auto Funding, and the Trustee's related Motion to Dismiss. At the call of the docket, debtor's counsel was present as was counsel for Insolve Auto Funding. Debtor's counsel indicated that the debtor could not pursue confirmation of the plan in light of the creditor and the Trustee's opposition and counsel not contest the Trustee's Motion to Dismiss. Based upon these announcements, it is

ORDERED, confirmation of the debtor's proposed Chapter 13 plan is denied; it is further

ORDERED, the above styled case is dismissed; it is further

ORDERED, the Trustee is authorized to disburse from any funds on hand any unpaid filing fee, notice fee, unpaid adequate protection payments to secured creditors, allowed and approved administrative claims, or unpaid Trustee commission, if any, prior to returning any funds to the debtor.

THIS ORDER WAS SIGNED AND ENTERED
ELECTRONICALLY AS INDICATED AT THE
TOP OF THE FIRST PAGE.

APPROVED BY:

/s/ Henry E. Hildebrand, III
_____
Henry E. Hildebrand, III
Chapter 13 Trustee
P. O. Box 340019
Nashville, TN  37203-0019
615-244-1101; Fax 615-242-3241
www.ch13nsh.com
pleadings@ch13nsh.com

# CERTIFICATE OF SERVICE

       I, the undersigned, hereby certifies that on or before the 2nd day of August, 2016, a true and correct copy of the foregoing has been served in the following manner:

***Email by Electronic Case Noticing to:***

U. S. Trustee
Rothschild & Ausbrooks, Counsel for Debtor

***By U. S. Postal Service, postage prepaid to:***

Brittay Y. Tyus, 3225 Creekwood Drive, Apt. 1105, Nashville, TN 37207
Edward Russell, SR Law Group, P. O. Box 128, Mt. Juliet, TN 37121

                                      /s/ Henry E. Hildebrand, III
                                      Henry E. Hildebrand, III
                                        Chapter 13 Trustee

Case 3:16-bk-03305   Doc 34   Filed 08/02/16   Entered 08/02/16 09:58:03   Desc Main
Document      Page 2 of 2