*Randal S. Mashburn* (signature)
Randal S. Mashburn
U.S. Bankruptcy Judge



Dated: 8/5/2016

KM

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| BRITTANY YVONNE TYUS | CASE NO. 16-03305-RM3-13 |
| 3225 CREEKWOOD DR APT 1105 | RANDAL S MASHBURN |
| NASHVILLE, TN 37207 | |
| | |
| SSN XXX-XX-7860 | 08/04/2016 |

## ORDER STOPPING
## PAYROLL DEDUCTION OR DIRECT PAY ORDER

    An order to pay trustee was previously issued in the above referenced case to the entity from whom the debtor receives income. The Chapter 13 case for the above named debtor has been dismissed or converted by this Court, therefore,

    IT IS ORDERED that no direct payments or deductions be made from payments due to the debtor, **BRITTANY YVONNE TYUS,** by the entity from whom the debtor receives income except upon further order of this court.

xc:

**BRITTANY YVONNE TYUS**
ROTHSCHILD AND AUSBROOKS PLLC
Henry E. Hildebrand
SIGMA ADVANCED SOLUTIONS INC
ATTN PAYROLL
1425 WEST SCHAUMBURG RD STE 336
SCHAUMBURG, IL  60194

THIS ORDER WAS SIGNED AND ENTERED
ELECTRONICALLY AS INDICATED AT THE
TOP OF THE FIRST PAGE.

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.